# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHN RADEMACHER, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CONTRACTORS REGISTER, INC., a New York corporation; and DOES 1-20,<br><br>　　　　Defendants. | CASE NO. 2:20-cv-01864-GW-KS<br><br>Assigned to the Honorable George H. Wu<br>Ctrm: 9D<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL |

# [~~PROPOSED~~] ORDER

Pursuant to the Joint Stipulation of Dismissal filed by Plaintiff JOHN RADEMACHER and Defendant CONTRACTORS REGISTER, INC. and good cause appearing therefor, the stipulation is hereby GRANTED.

This action is DISMISSED WITH PREJUDICE, and each party shall bear his or its own costs, expenses, and attorneys' fees.

DATED: _____Sept. 1_____, 2020

*George H. Wu*
_____
UNITED STATES DISTRICT COURT JUDGE